UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRE CITY HERBALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARY BLUE d/b/a FARMACY HERBS, NICOLE TELKES d/b/a WILDFLOWER SCHOOL OF BOTANICAL MEDICINE and/or WILD SPIRIT HERBS, and KATHERYN LANGLIER d/b/a HERBAL REVOLUTION, <br><br> Defendants. | 3:15cv-30069-KAR |

### SPECIAL MOTION TO DISMISS PURSUANT TO G.L. c. 231, § 59H

Defendants Mary Blue d/b/a Farmacy Herbs ("Blue"), Nicole Telkes d/b/a Wildflower School of Botanical Medicine and/or Wild Spirit Herbs ("Telkes"), and Katheryn Langelier d/b/a Herbal Revolution ("Langelier") (collectively, "Defendants") hereby file this Special Motion to Dismiss Pursuant to Massachusetts G.L. c. 231, § 59H ("Motion"). In support of the Motion Defendants rely on the accompanying Memorandum of Law and state as follows:

1. Special motions brought under § 59H are intended to resolve anti-SLAPP suits "quickly with minimum costs" by allowing a "procedural remedy for early dismissal." *Donavan v. Gardner*, 740 N.E.2d 639, 644 (Mass. App. Ct. 2000), (quoting *Duracraft v. Holmes Prods. Corp.*, 691 N.E.2d 935 (Mass. 1998)).

2. Counts IV, VII, VIII, IX and X are based solely on Defendants engaging in protected petitioning activity and had an arguable basis in law and fact for their petitioning activity.

WHEREFORE, Defendants respectfully request that the Court dismiss Counts IV, VII, VIII, XI and X and that Defendants are awarded their reasonable attorneys' fees and costs.

Dated:  November 20, 2015         /s/ James G. Goggin
                                  Martha Gaythwaite, BBO # 187650
                                  James G. Goggin, *Admitted Pro Hac Vice*
                                  Verrill Dana, LLP
                                  One Portland Square
                                  Portland, ME  04112
                                  (207) 253-4602
                                  mgaythwaite@verrilldana.com
                                  jgoggin@verrilldana.com

                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses:

Paul C. Rapp, Esq.
348 Long Pond Road
Housatonic, MA  01236
paul@paulrapp.com

Sonya del Peral, Esq.
22 Park Row
Chatham, NY  12037
sdp@sdplaw.com

Dated:  November 20, 2015         /s/ James G. Goggin
                                  James G. Goggin

2