# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     Massachusetts

| Shire City Herbals, Inc. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Mary Blue et al. | Case Number: 15-cv-30069-MGM |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mastroianni, U.S.D.J. | Christopher M. Hennessey, Esq. | James G. Goggin, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| March 25, 2019- March 29, 2019 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Expert Report of Robert Wallace, dated Nov. 4, 2015 (with associated exhibits) |
| 2 | | | | | Supplement to November 4, 2015 Expert Report of Robert Wallace (with associated exhibits) |
| 3 | | | | | Supplemental Expert Report of Robert Wallace (with associated exhibits) |
| 4 | | | | | Article entitled "It's Vinegreat!" from the Philadelphia Daily News, dated Mar. 12, 2015 |
| 5 | | | | | Article entitled "In the Line of Fire" from the Austin Chronicle, dated Oct. 17, 2014 |
| 6 | | | | | Wild Spirit Combination Formulas Wholesale List 2015 |
| 7 | | | | | Herbal Revolution Farm & Apothecary product list |
| 8 | | | | | Herbal Revolution Farm & Apothecary product flyer |
| 9 | | | | | Invoice from Herbal Revolution to French Broad Food Coop, dated March 6, 2015 |
| 10 | | | | | Definition of "oxymel" from en.oxforddictionaries.com |
| 11 | | | | | Product photo of Fire Cider Original with shotglass |
| 12 | | | | | Product photo of Fire Cider Original and Fire Cider Unsweetened |
| 13 | | | | | Product photo of Fire Cider African Bronze |
| 14 | | | | | Product photo of Fire Cider African Bronze |
| 15 | | | | | Product photo of Fire Cider Unsweetened |
| 16 | | | | | Product listing for Fire Cider Original from firecider.com |
| 17 | | | | | Product photo of Fire Cider African Bronze |
| 18 | | | | | Product photo of Fire Cider Honey-Free |
| 19 | | | | | Product photo of Fire Cider Original |
| 20 | | | | | Product photo of Fire Cider Original |
| 21 | | | | | Trademark registration for FIRE CIDER, Reg. No. 4,260,851, dated Dec.18, 2012 |
| 22 | | | | | Screenshot of photo by "herbcrafter" from instagram.com |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Shire City Herbals, Inc. | | vs. | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Listing for Bragg Organic Apple Cider Vinegar Drink Honey Flavor from bragg.com |
| 24 | | | | | Press release dated Nov. 30, 2015 |
| 25 | | | | | Shire City's advertising expenses from 2010 to 2016 |
| 26 | | | | | Shire City's gross sales from 2010 to 2016 |
| 27 | | | | | SPINS Report |
| 28 | | | | | Letter from Verrill Dana LLP to Law Office of Sonya Del Peral, dated May 2, 2017 |
| 29 | | | | | Spreadsheet of sales information |
| 30 | | | | | Month Sales for 2016 for Bitters Tonic, Fire Tonic, and Mineral Tonic |
| 31 | | | | | Herbal Revolution Farm & Apothecary Sales by Product/Service Summary, Jan.-Nov. 2016 |
| 32 | | | | | Spreadsheet of sales information |
| 33 | | | | | Spreadsheet of sales information |
| 34 | | | | | Email from "fire cider" to Nicole Telkes, dated Mar. 10, 2014 |
| 35 | | | | | Post entitled "Call for Blog Posts!" from freefirecider.com, dated Feb. 22, 2014 |
| 36 | | | | | Screenshot from instagram.com |
| 37 | | | | | Definition of "oxymel" from yourdictionary.com |
| 38 | | | | | Definition of "oxymel" from en.oxforddictionaries.com |
| 39 | | | | | Definition of "tonic" from dictionary.cambridge.org |
| 40 | | | | | Definition of "Herbal tonic" from en.wikipedia.org |
| 41 | | | | | Definition of "tincture" from en.oxforddictionaries.com |
| 42 | | | | | Page on "Terminology" from abc.herbalgram.org |
| 43 | | | | | Definition of "tea" from en.oxforddictionaries.com |
| 44 | | | | | Definition of "extract" from en.oxforddictionaries.com |
| 45 | | | | | Article from prevention.com, dated Mar. 25, 2015 |
| 46 | | | | | Article from vogue.com, dated April 7, 2016 |
| 47 | | | | | Article from townandcountrymag.com, dated Feb. 2, 2016 |
| 48 | | | | | Article from lucire.com, dated May 6, 2017 |
| 49 | | | | | Article from from coolhunting.com, dated Nov. 13, 2013 |

✐AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Shire City Herbals, Inc. | vs. | Mary Blue et al. | CASE NO. 15-cv-30069-MGM | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 50 | | | | | Article from livingmaxwell.com, dated Jan. 21, 2013 |
| 51 | | | | | Video entitled "Maxwell takes you to EXPO WEST 2016" from vimeo.com |
| 52 | | | | | Video entitled "Could This 'Magical Tonic' Keep You Healthy" from youtube.com |
| 53 | | | | | Video entitled "Fire Cider injected Drumsticks. These Chicks are HOT!" from youtube.com |
| 54 | | | | | Video entitled "Fire Cider Chicken Thighs, A 4K FastBlast" from youtube.com |
| 55 | | | | | Article from nypost.com, dated Jan. 30, 2018 |
| 56 | | | | | Article from politico.com |
| 57 | | | | | Article from wamc.org, dated April 17, 2017 |
| 58 | | | | | Article from wamc.org, dated May 17, 2016 |
| 59 | | | | | Article from wbur.org, dated Jan. 26, 2017 |
| 60 | | | | | Article from bevnet.com, dated Sept. 20, 2017 |
| 61 | | | | | Article from bevnet.com, dated April 20, 2017 |
| 62 | | | | | Article from winsightgrocerybusiness.com, dated May 31, 2017 |
| 63 | | | | | Article from wholefoodsmaganize.com, dated Sept. 18, 2017 |
| 64 | | | | | Article from foodnavigator-usa.com, dated Jan. 6, 2015 |
| 65 | | | | | Article entitled "Massachusetts: 'The Bay State'" from stategiftsusa.com |
| 66 | | | | | Article from specertified.com, dated Oct. 25, 2016 |
| 67 | | | | | Trademark/Servicemark Form, Supplemental Register, dated April 20, 2012 |
| 68 | | | | | Drawing, dated April 20, 2012 |
| 69 | | | | | Specimen, dated April 20, 2012 |
| 70 | | | | | Xsearch Search Summary, dated Aug. 13, 2012 |
| 71 | | | | | Examiner's Amendment, dated Aug. 14, 2012 |
| 72 | | | | | Trademark Snap Shot Amendment & Mail Processing Stylesheet, dated Aug. 15, 2012 |
| 73 | | | | | Examiner's Amendment, dated Aug. 17, 2012 |
| 74 | | | | | Trademark Snap Shot Amendment & Mail Processing Stylesheet, dated Aug. 18, 2012 |
| 75 | | | | | Trademark Snap Shot Publication Stylesheet, dated Aug. 29, 2012 |
| 76 | | | | | Trademark Snap Shot Publication & Issue Review Stylesheet, dated Aug 31, 2012 |

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Shire City Herbals, Inc. | | vs. | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | Notice of Publication, dated Sept. 12, 2012 |
| 78 | | | | | Notification of "Notice of Publication," dated Sept. 12, 2012 |
| 79 | | | | | Trademark Official Gazette Publication Confirmation, dated Oct. 2, 2012 |
| 80 | | | | | Trademark registration for FIRE CIDER, Reg. No. 4,260,851, dated Dec. 18, 2012 |
| 81 | | | | | USPTO Prosecution History |
| 82 | | | | | Screenshots from Fire Cider's Facebook page, dated Oct. 2015 |
| 83 | | | | | Email from Katheryn Langelier to carol@shubies.com, dated Nov. 2, 2015 |
| 84 | | | | | Spreadsheet of sales information |
| 85 | | | | | Spreadsheet of sales information |
| 86 | | | | | Herbal Revolution Sales by Item Summary, March 1, 2005 through March 14, 2016 |
| 87 | | | | | Herbal Revolution Sales by Item Summary, March 1, 2005 through March 14, 2016 |
| 88 | | | | | Associated Buyers Sales History - Herbal Revolution - 2016 |
| 89 | | | | | Herbal Revolution Farm & Apothecary Sales by Product/Service Summary, Jan. 1-Sept.14, 2016 |
| 90 | | | | | Message from Katheryn Langelier to Etsy Natural Healers Guild, dated Jan. 30, 2014 |
| 91 | | | | | Product photo of Fire Cider No. 9 |
| 92 | | | | | Label for Fire Tonic No. 9 |
| 93 | | | | | Label for Fire Tonic No. 9 |
| 94 | | | | | Label for Fire Tonic No. 9 |
| 95 | | | | | Herbal Revolution Sales by Item Summary, January 1 through April 26, 2015 |
| 96 | | | | | Herbal Revolution Sales by Item Summary, January through December 2014 |
| 97 | | | | | Email chain between Nicole Telkes, Katheryn Langelier, and Mary Blue, dated June 1, 2015 |
| 98 | | | | | Screenshot of Facebook post by Herbal Revolution, dated Feb. 22, 2014 |
| 99 | | | | | Business Plan for Herbal Revolution, dated 2015 |
| 100 | | | | | Month Sales for 2016 for Bitters Tonic, Fire Tonic, and Mineral Tonic |
| 101 | | | | | Screenshots of product listing for Fire Tonic No. 9 on Amazon.com, dated July 25, 2017 |
| 102 | | | | | Email chain between Katheryn Langelier and Stacey Hamblett, ending Feb. 11, 2015 |
| 103 | | | | | Email chain between Katheryn Langelier and Sara Thornton, dated Jan. 10, 2015 |

Page   4   of   9   Pages

🖎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Shire City Herbals, Inc. | | vs. | | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 104 | | | | | Email chain between Katheryn Langelier and Rosemary Gladstar, ending Aug. 4, 2015 |
| 105 | | | | | Email chain between Rosemary Gladstar and Kathi Keville, ending Sept. 23, 2015 |
| 106 | | | | | Email forwarding message from Brian Huebner to Katheryn Langelier, dated Aug. 11, 2014 |
| 107 | | | | | Business Plan for Farmacy Herbs |
| 108 | | | | | Mary Blue Hastings, CH curriculum vitae |
| 109 | | | | | Email from Rosemary Gladstar dated July 15, 2014 |
| 110 | | | | | Labels for Farmacy Herbs product |
| 111 | | | | | Description of Farmacy Herbs products |
| 112 | | | | | Invoice from Fox Tag & Label to Farmacy Herbs, dated Jan. 16, 2015 |
| 113 | | | | | Email chain between Rosemary Gladstar and freefirecider@gmail.com, ending July 7, 2014 |
| 114 | | | | | Email chain between Etsy Legal and Farmacy Herbs, ending Nov. 18, 2014 |
| 115 | | | | | Nicole Telkes RH (AHG) curriculum vitae |
| 116 | | | | | Amended Bylaws of American Herbalists Guild, dated Jan. 15, 2007 |
| 117 | | | | | Screenshot of Nicole Telkes website with definition of "herbalist" |
| 118 | | | | | Free Fire Cider card |
| 119 | | | | | Product photo of Wild Spirit Texas Fire Cider |
| 120 | | | | | Product labels for Texas Fire Cider |
| 121 | | | | | Wild Spirit Botanicals Wholesale Catalog 2007 |
| 122 | | | | | Wild Spirit Botanicals Wholesale Catalog 2008 |
| 123 | | | | | Wild Spirit Botanicals Retail Catalog 2009 |
| 124 | | | | | Wild Spirit Botanicals and Bodywork Sales by Item Summary |
| 125 | | | | | Email from freefirecider@gmail.com, dated Nov. 6, 2014 |
| 126 | | | | | Facebook comment by Nicole Telkes |
| 127 | | | | | Template entitled "Letter to send to people who have been contacted by Etsy" |
| 128 | | | | | Email chain between R. Gladstar, H. Bruntil, and N. Telkes, ending Feb. 28, 2014 |
| 129 | | | | | Associated Buyers Sales History - Herbal Revolution - 2016 |
| 130 | | | | | Etsy.com listing for Montanafarmacy Red Devil Fire on the Mountain |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Shire City Herbals, Inc. | | vs. | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 131 | | | | | Etsy.com listing for WildSeedApothecary Spring Tonic Vinegar | |
| 132 | | | | | Etsy.com listing for RootedEarth Fire + Roots Cider Tonic - Apple Cider Vinegar | |
| 133 | | | | | Product information on Fire Brew from drinkfirebrew.com | |
| 134 | | | | | Product information on Master Tonic from earthiemama.com | |
| 135 | | | | | Product information on Cyclone Cider from gincointernational.com | |
| 136 | | | | | Product information on Kung-Fu Tonic from kungfutonic.com | |
| 137 | | | | | Instagram post by "lindsaymooo" | |
| 138 | | | | | Supplemental Expert Report of Robert Wallace (with associated exhibits), dated Feb. 14, 2019 | |
| 139 | | | | | Farmers market log, dated Dec. 2, 2017 | |
| 140 | | | | | Farmers market log, dated Nov. 25, 2017 | |
| 141 | | | | | Farmers market log, dated Jan. 13, 2018 | |
| 142 | | | | | Farmers market log, dated Dec. 30 | |
| 143 | | | | | Farmers market log, dated Jan. 27, 2018 | |
| 144 | | | | | Farmers market log, dated Jan. 20, 2018 | |
| 145 | | | | | Farmers market log, dated Feb. 3, 2018 | |
| 146 | | | | | Farmers market log, dated Feb. 10, 2018 | |
| 147 | | | | | Farmers market log, dated Feb. 17, 2018 | |
| 148 | | | | | Farmers market log, dated Feb. 24, 2018 | |
| 149 | | | | | Farmers market log (no date listed) | |
| 150 | | | | | Farmers market log, dated Mar. 3, 2018 | |
| 151 | | | | | Farmers market log, dated Mar. 24, 2018 | |
| 152 | | | | | Farmers market log, dated Mar. 30, 2018 | |
| 153 | | | | | Farmers market log, dated April 14, 2018 | |
| 154 | | | | | Farmers market log, dated April 7, 2018 | |
| 155 | | | | | Farmers market log, dated April 25, 2018 | |
| 156 | | | | | Farmers market log, dated April 21, 2018 | |
| 157 | | | | | Farmers market log, dated May 12, 2018 | |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Shire City Herbals, Inc. | vs. | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 158 | | | | | Farmers market log, dated May 5, 2018 |
| 159 | | | | | Farmers market log, dated May 19, 2018 |
| 160 | | | | | Farmers market log, dated Mar. 10, 2018 |
| 161 | | | | | Farmers market log, dated June 2, 2018 |
| 162 | | | | | Farmers market log, dated June 9, 2018 |
| 163 | | | | | Farmers market log, dated June 23, 2018 |
| 164 | | | | | Farmers market log, dated June 16, 2018 |
| 165 | | | | | Farmers market log, dated June 30, 2018 |
| 166 | | | | | Farmers market log, dated May 26, 2018 |
| 167 | | | | | Farmers market log, dated July 14, 2018 |
| 168 | | | | | Farmers market log, dated July 7, 2018 |
| 169 | | | | | Farmers market log, dated July 21, 2018 |
| 170 | | | | | Farmers market log, dated July 28, 2018 |
| 171 | | | | | Farmers market log, dated Aug. 4, 2018 |
| 172 | | | | | Farmers market log, dated Aug. 17, 2018 |
| 173 | | | | | Farmers market log, dated Sept. 8, 2018 |
| 174 | | | | | Farmers market log (no date listed) |
| 175 | | | | | Farmers market log, dated Aug. 25, 2018 |
| 176 | | | | | Farmers market log, dated Sept. 15, 2018 |
| 177 | | | | | Farmers market log, dated Sept. 22, 2018 |
| 178 | | | | | Farmers market log (no date listed) |
| 179 | | | | | Farmers market log, dated Oct. 13, 2018 |
| 180 | | | | | Farmers market log, dated Oct. 20, 2018 |
| 181 | | | | | Farmers market log, dated Sept. 29, 2018 |
| 182 | | | | | Farmers market log, dated Nov. 10, 2018 |
| 183 | | | | | Farmers market log (no date listed) |
| 184 | | | | | Farmers market log, dated Dec. 16, 2018 |

✎AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Shire City Herbals, Inc. | | vs. | | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 185 | | | | | Farmers market log, dated Dec. 15, 2018 |
| 186 | | | | | Farmers market log, dated Dec. 9, 2018 |
| 187 | | | | | Farmers market log, dated Dec. 22, 2018 |
| 188 | | | | | Farmers market log, dated Jan. 5, 2019 |
| 189 | | | | | Farmers market log, dated Jan. 12, 2019 |
| 190 | | | | | Farmers market log, dated Jan. 26, 2019 |
| 191 | | | | | Farmers market log, dated Feb. 2, 2019 |
| 192 | | | | | Sales to date list, dated Feb. 7, 2019 |
| 193 | | | | | Mary Blue 2018 Sales Tally, dated Jan. 7, 2019 |
| 194 | | | | | Profit & Loss, January through December 2018 |
| 195 | | | | | Amazon report |
| 196 | | | | | Item Sales Summary 2013 |
| 197 | | | | | Item Sales Summary 2014 |
| 198 | | | | | Item Sales Summary 2015 |
| 199 | | | | | Item Sales Summary 2018 |
| 200 | | | | | Sales by Item Summary, January through December 2018 |
| 201 | | | | | Sales by Item Summary, January 2019 |
| 202 | | | | | Shopify Sales 2018 |
| 203 | | | | | Shopify Sales 2019 |
| 204 | | | | | Profit & Loss, January through December 2017 |
| 205 | | | | | Sales by Item Summary, January through December 2016 |
| 206 | | | | | Sales by Item Summary, January through December 2017 |
| 207 | | | | | Invoice from Wildflower School of Botanical Medicine, dated Feb. 7, 2018 |
| 208 | | | | | Invoice from Wildflower School of Botanical Medicine, dated June 20, 2018 |
| 209 | | | | | Labels for Wild Spirit Botanicals Texas Fire Cider |
| 210 | | | | | Invoice from Wildflower School of Botanical Medicine, dated Jan. 30, 2018 |
| 211 | | | | | Wildflower School of Botanical Medicine Sales by Product/Service Detail, Jan. 2018-Jan. 2019 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Shire City Herbals, Inc. | vs. | Mary Blue et al. | CASE NO. 15-cv-30069-MGM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 212 | | | | | Screencapture of Fordsbasement - MP4 video |
| 213 | | | | | Screencapture of Gardensall - MP4 video |
| 214 | | | | | Screencapture of ModernFarmersChutney - MP4 video |
| 215 | | | | | Screencapture of StayFitandYung - MP4 video |
| 216 | | | | | Screencapture of WholeFed - MP4 video |
| 217 | | | | | 2015 Survey Results |
| 218 | | | | | 2017 Survey Results |
| 219 | | | | | Email chain between Rita Heimes and USPTO, dated June 5 and June 6, 2015 |
| | | | | | Witness: Dana St. Pierre |
| | | | | | Witness: Amy Huebner |
| | | | | | Witness: Brian Huebner |
| | | | | | Witness: Robert Wallace (proposed expert) |
| | | | | | Witness: Mary Blue |
| | | | | | Witness: Nicole Telkes |
| | | | | | Witness: Katheryn Langelier |
| | | | | | Witness: Sonya Del Peral |
| | | | | | Witness: Morgan M. Bowers |